## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  19-10390-MDC |
| | ) | |
| ISHOP A JETER, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties was made by sending true and correct copies of Proof of Claim 18-2 by first class mail or by electronic means on the 8th day of April, 2019, to the parties indicated below:

Ishop A Jeter
722 Derwyn Road
Drexel Hill, PA 19026

David M Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

    /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire