IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ISHOP A. JETER,<br>                Debtor, | ) )  ) ) ) | CHAPTER 13<br><br>CASE NO. : 19-10390-MDC |
| PHILADELPHIA FEDERAL CREDIT UNION,<br>                Movant | ) ) ) ) ) | HEARING DATE:<br>Tuesday, June 4, 2019<br>10:30 a.m. |
| vs.<br>ISHOP A. JETER,<br>                Respondent<br>and<br>WILLIAM C. MILLER,<br>                Trustee | ) ) ) ) ) ) ) ) ) | LOCATION:<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No. 2<br>900 Market Street<br>Philadelphia, PA 19107 |

## STIPULATION

COME NOW, this 19th day of June, 2019, Debtor, Ishop A. Jeter, by and through his attorney, David M. Offen, Esquire, and Philadelphia Federal Credit Union ("PFCU") and by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Adequate Protection:

WHEREAS the Debtor owns a 2012 NISSAN ALTIMA, V.I.N. 1N4AL2AP4CC216137 (the "Vehicle"); and

WHEREAS PFCU has a security interest in the Vehicle; and

WHEREAS PFCU has a secured claim is being paid by the Chapter 13 Trustee according to the terms of the Chapter 13 plan; and

WHEREAS PFCU filed a Motion for Adequate Protection; and

WHEREAS Debtor and PFCU seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The Trustee shall pay from funds received $80.00 to PFCU monthly from the date of the approval of this stipulation as adequate protection until regular distribution to PFCU begins.

2. Amounts paid by the Debtor to PFCU pursuant to this Order shall not be recoverable by the Debtor or any Trustee in the event of a subsequent dismissal or conversion of this Chapter 13 case.

3. This agreement is only binding upon the parties in this instant Chapter 13 case.

4. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

BY THE COURT:

*Magdeline D. Coleman*
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE


Creditor: Philadelphia Federal Credit Union
By Counsel: Mester & Schwartz, P.C.

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
(267) 909-9036

Dated: 6/11/19

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Stipulation

Debtor: Ishop A. Jeter
By Counsel for Debtor: David M. Offen, Esquire

*David M. Offen* (signature)

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600

Dated:

Chapter 13 Trustee

*Jacqueline Charles* (signature)   NO POSITION

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

*without prejudice to any trustee rights or remedies

Dated: 6/17/19

Please send copies to:

Ishop A. Jeter
722 Derwyn Road
Drexel Hill, PA 19026

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107