United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ishop A Jeter  
    Debtor

Case No. 19-10390-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jun 19, 2019  
                     Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db             +Ishop A Jeter,    722 Derwyn Road,    Drexel Hill, PA 19026-1505
cr             +PHILADELPHIA FEDERAL CREDIT UNION,    c/o JASON BRETT SCHWARTZ,    1333 Race Street,
                 Philadelphia, PA 19107-1556
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 20 2019 02:47:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2019 02:47:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 20 2019 02:47:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Jun 20 2019 02:47:20      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                                TOTAL: 4
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Ishop A Jeter dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              MARIO J. HANYON    on behalf of Creditor    PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ISHOP A. JETER,<br>      Debtor, | ) ) ) ) ) | CHAPTER 13<br><br>CASE NO. : 19-10390-MDC |
| PHILADELPHIA FEDERAL CREDIT UNION,<br>      Movant | ) ) ) ) | HEARING DATE:<br>Tuesday, June 4, 2019<br>10:30 a.m. |
| vs.<br>ISHOP A. JETER,<br>      Respondent<br>and<br>WILLIAM C. MILLER,<br>      Trustee | ) ) ) ) ) ) ) ) ) ) | LOCATION:<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No. 2<br>900 Market Street<br>Philadelphia, PA 19107 |

## STIPULATION

COME NOW, this 19th day of June, 2019, Debtor, Ishop A. Jeter, by and through his attorney, David M. Offen, Esquire, and Philadelphia Federal Credit Union ("PFCU") and by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Adequate Protection:

WHEREAS the Debtor owns a 2012 NISSAN ALTIMA, V.I.N. 1N4AL2AP4CC216137 (the "Vehicle"); and

WHEREAS PFCU has a security interest in the Vehicle; and

WHEREAS PFCU has a secured claim is being paid by the Chapter 13 Trustee according to the terms of the Chapter 13 plan; and

WHEREAS PFCU filed a Motion for Adequate Protection; and

WHEREAS Debtor and PFCU seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The Trustee shall pay from funds received $80.00 to PFCU monthly from the date of the approval of this stipulation as adequate protection until regular distribution to PFCU begins.

2. Amounts paid by the Debtor to PFCU pursuant to this Order shall not be recoverable by the Debtor or any Trustee in the event of a subsequent dismissal or conversion of this Chapter 13 case.

3. This agreement is only binding upon the parties in this instant Chapter 13 case.

4. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

Creditor: Philadelphia Federal Credit Union
By Counsel: Mester & Schwartz, P.C.

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
(267) 909-9036

Dated: 6/11/19


Seen and agreed to -- We hereby consent to the form and entry of the foregoing Stipulation

Debtor: Ishop A. Jeter
By Counsel for Debtor: David M. Offen, Esquire

*David M. Offen, Esquire*
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600

Dated:

Chapter 13 Trustee

William C. Miller, Trustee — NO POSITION
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

**\*without prejudice to any trustee rights or remedies**

Dated: 6/17/19

Please send copies to:

Ishop A. Jeter
722 Derwyn Road
Drexel Hill, PA 19026

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107