United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ishop A Jeter  
    Debtor  

Case No. 19-10390-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Jul 17, 2019  
                   Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db             +Ishop A Jeter,    722 Derwyn Road,    Drexel Hill, PA 19026-1505
cr             +PHILADELPHIA FEDERAL CREDIT UNION,    c/o JASON BRETT SCHWARTZ,    1333 Race Street,
                 Philadelphia, PA 19107-1556
               +Payroll Controller,    Penn Warehouse,    2147 S. Columbus Blvd,    Philadelphia, PA  19148,
                 US 19148-2899
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Jul 18 2019 03:37:01     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                                TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Ishop A Jeter dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              MARIO J. HANYON    on behalf of Creditor    PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Ishop A Jeter | : | Case No. 19-10390-MDC |
| xxx-xx-9013 | | |
| Debtor | | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$196.25 WEEKLY.</u>

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*    July 17, 2019
HONORABLE MAGDELINE D. COLEMAN    DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>     David M. Offen Esq.
William C. Miller, Trustee     Suite 160 West, Curtis Ctr.
P.O. Box 1799                  Philadelphia, PA 19106
Memphis, TN  38101-1799        (215) 625-9600

Payroll Controller
Penn Warehouse
2147 S. Columbus Blvd.
Philadelphia, PA 19148