## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ISHOP A. JETER | : | |
| DENISE HOLT-JETER (Non-Filing Co-Debtor) | : | BK. No. 19-10390 MDC |
| Debtors | : | |

### ORDER

AND NOW, this 23rd day of December , 2019, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to

Movant, its successors or assignees.

*Magdeline D. Coleman*
_____

**MAGDELINE D. COLEMAN,**
**Chief U.S. Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

DAVID M. OFFEN, ESQ.
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JOHN F. KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

ISHOP A. JETER
722 DERWYN ROAD
DREXEL HILL, PA 19026

DENISE HOLT-JETER
722 DERWYN ROAD
DREXEL HILL, PA 19026