United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ishop A Jeter  
      Debtor

Case No. 19-10390-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: Dec 23, 2019  
                      Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
```
db             +Ishop A Jeter,    722 Derwyn Road,    Drexel Hill, PA 19026-1505
cr             +PHILADELPHIA FEDERAL CREDIT UNION,    c/o JASON BRETT SCHWARTZ,    1333 Race Street,
                 Philadelphia, PA 19107-1556
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 24 2019 08:14:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2019 08:14:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2019 08:14:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Dec 24 2019 08:13:39     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Ishop A Jeter dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor     PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor     PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    PINGORA LOAN SERVICING, LLC
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor     PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ISHOP A. JETER | : |
| DENISE HOLT-JETER (Non-Filing Co-Debtor) | : BK. No. 19-10390 MDC |
| Debtors | : |

## ORDER

AND NOW, this 23rd day of December, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. Coleman*

**MAGDELINE D. COLEMAN,**
**Chief U.S. Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

DAVID M. OFFEN, ESQ.
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JOHN F. KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

ISHOP A. JETER
722 DERWYN ROAD
DREXEL HILL, PA 19026

DENISE HOLT-JETER
722 DERWYN ROAD
DREXEL HILL, PA 19026